# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   EDCV 18-1422-ODW (KS)                    Date: August 28, 2018

Title      _William Pressley Roberts Jr. v. Nancy A. Berryhill_

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

Roxanne Horan-Walker
Deputy Clerk                                    Court Reporter / Recorder

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On July 4, 2018, Plaintiff filed a Complaint seeking review of the termination of his supplemental security income disability benefits for lack of disability.  (Dkt. No. 1.)  On July 11, 2018, the Court issued a scheduling order that directed Plaintiff to file an appropriate proof of service within 30 days of the date of the order – that is, no later than August 10, 2018.  (Dkt. No. 10.)

More than two weeks have now passed since Plaintiff's deadline for filing an appropriate proof of service, and none has been filed.  Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE no later than September 11, 2018 why this action should not be dismissed** for failure to comply with court orders.  *See* FED. R. CIV. P. 41(b); Local Rule 41-1.  Plaintiff may discharge this order by filing before the September 11, 2018 deadline either:  (1) proper proof of service; or a request for an extension of time to file the proof of service with a sworn declaration showing good cause for his failure to comply with the Court's July 11, 2018 scheduling order.

**Plaintiff's failure to timely comply with this Order may result in a recommendation of dismissal.**

                                                                    :
                                        **Initials of Preparer**    rhw